Edward Thompson Publishing Company, appellee, v. O. A. Smith, appellant.

Action for the balance due under a contract for the purchase of law books. Judgment for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed October 25, 1921.

O. A. Smith, pro se. No appearance for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

Joe Boniotto, appellee, v. Joseph H. Nicolai, appellant.

Action to recover money alleged to have been loaned to defendant. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

Joseph H. Nicolai, pro se and L. E. Stone, for appellant. Sampson & Giffin, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

Jasper Shadid for use of John P. Snigg, defendant in error, v. Homer N. Shonkwiler, plaintiff in error.

Action upon an appeal bond. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

S. H. Cummins, for plaintiff in error. John P. Snigg, for defendant in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

The People of the State of Illinois, appellee, v. Arthur Anderson and F. Albin Anderson, appellants.

Scire facias upon a recognizance. Finding for the People and execution awarded. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

Schneider & Schneider, for appellants. Claude M. Swanson, for appellees.

Mr. Presiding Justice Graves delivered the opinion of the court.

John D. Hembrough, appellee, v. John Barton Payne, director general of railroads, appellant.

Action for damages sustained to a shipment of cattle due to delay and mishandling. Judgment for plaintiff. No brief or argument filed on behalf of appellee. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

Wilson & Butler, for appellant. No appearance for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.